**No. 46722.**—Protest 63891–K of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the celluloid dolls in question are the same in all material respects as those the subject of Abstract 44605. The

claim at 1 cent each and 60 percent ad valorem under paragraph 1513 was therefore sustained.